1  William R. Brown, Esq. (Admitted *Pro Hac Vice*)    Judge Robert J. Bryan
2  Debra A. Miller, Esq. (Admitted *Pro Hac Vice*)
   Schuckit & Associates, P.C.
3  4545 Northwestern Drive
   Zionsville, IN  46077
4  Telephone:  (317) 363-2400
   Facsimile:  (317) 363-2257
5  E-Mail:  wbrown@schuckitlaw.com
              dmiller@schuckitlaw.com
6
7  *Lead Counsel for Trans Union, LLC*

8
9  George W. Akers, P.S., WSBA #00498
   Montgomery Purdue Blankinship & Austin PLLC
10 5500 Columbia Center
   701 Fifth Avenue
11 Seattle, WA  98104-7096
   Telephone:  206-682-7090
12 Fax:  206-625-9534
   E-Mail:  akers@mpba.com
13
   *Local Counsel for Trans Union, LLC*
14

15                    **UNITED STATES DISTRICT COURT**
16                 **WESTERN DISTRICT OF WASHINGTON (TACOMA)**

17
18 | ELGINIO MICHAEL di PAOLO, | CASE NO. 3:12-cv-05420-RJB |
   |---|---|
   | Plaintiff, | |
19 | vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |
20 | | |
21 | TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; HSBC CARD SERVICES, INC.; and HSBC BANK NEVADA, NA; | |
22 | | |
23 | Defendants. | NOTE ON MOTION CALENDAR:  January 17, 2013 |
24

25   Plaintiff Elginio Michael di Paolo, by counsel, and Defendant Trans Union, LLC ("Trans

26 Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

**STIPULATION AND ORDER OF DISMISSAL - 1**        **SCHUCKIT & ASSOCIATES, P.C.**
**(3:12-cv-05420-RJB)**                           4545 NORTHWESTERN DRIVE
                                                  ZIONSVILLE, IN  46077
                                                  (317) 363-2400 TEL
                                                  (317) 363-2257 FAX

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                  Respectfully submitted,

Date: <u>January 15, 2013</u>          <u>*s/ Christopher E. Green (with consent)*</u>
                                  Christopher E. Green, Esq.
                                  Law Office Of Christopher E. Green
                                  Two Union Square, Suite 4285
                                  601 Union Street
                                  Seattle, WA 98101
                                  Telephone: (206) 686-4558
                                  Fax: (206) 686-2558
                                  E-Mail: chris@myfaircredit.com

                                  *Counsel for Plaintiff Elginio Michael di Paolo*

Date: <u>January 17, 2013</u>          <u>*s/ Debra A. Miller*</u>
                                  William R. Brown, Esq.
                                    (Admitted *Pro Hac Vice*)
                                  Debra A. Miller, Esq.
                                    (Admitted *Pro Hac Vice*)
                                  Schuckit & Associates, P.C.
                                  4545 Northwestern Drive
                                  Zionsville, IN 46077
                                  Telephone: (317) 363-2400
                                  Facsimile: (317) 363-2257
                                  E-Mail: wbrown@schuckitlaw.com
                                                 dmiller@schuckitlaw.com

                                  *Lead Counsel for Defendant Trans Union, LLC*

                                  George W. Akers, P.S., WSBA #00498
                                  Montgomery Purdue Blankinship & Austin PLLC
                                  5500 Columbia Center
                                  701 Fifth Avenue
                                  Seattle, WA 98104-7096
                                  Telephone: 206-682-7090
                                  Fax: 206-625-9534
                                  E-Mail: akers@mpba.com

                                  *Local Counsel for Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL - 2**
**(3:12-cv-05420-RJB)**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 Nᴏʀᴛʜᴡᴇsᴛᴇʀɴ Dʀɪᴠᴇ
Zɪᴏɴsᴠɪʟʟᴇ, IN 46077
(317) 363-2400 Tᴇʟ
(317) 363-2257 Fᴀx

IT IS SO ORDERED.

Dated this 17th day of January, 2013.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL - 3**
**(3:12-cv-05420-RJB)**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2257 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of January, 2013**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Christopher E. Green, Esq.<br>chris@myfaircredit.com | Laurin Shirley Schweet, Esq.<br>laurins@schweetlaw.com |
| Gloria S. Hong, Esq.<br>gshong@stoel.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com |
| Bradley A. Maxa, Esq.<br>bmaxa@gth-law.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of January, 2013**, properly addressed as follows:

| | |
|---|---|
| None. | |

                                            *s/ Debra A. Miller*
                                            William R. Brown, Esq.
                                              (admitted *Pro Hac Vice*)
                                            Debra A. Miller, Esq.
                                              (admitted *Pro Hac Vice*)

                                            *Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL - 4**
**(3:12-cv-05420-RJB)**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2257 FAX