William R. Brown, Esq. (Admitted *Pro Hac Vice*)                    Judge Robert J. Bryan
Debra A. Miller, Esq. (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Facsimile:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com
             dmiller@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*

George W. Akers, P.S., WSBA #00498
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
Telephone:  206-682-7090
Fax:  206-625-9534
E-Mail:  akers@mpba.com

*Local Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| ELGINIO MICHAEL di PAOLO,<br>          Plaintiff, | CASE NO. 3:12-cv-05420-RJB |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |
| TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; HSBC CARD SERVICES, INC.; and HSBC BANK NEVADA, NA;<br>          Defendants. | NOTE ON MOTION CALENDAR:  January 17, 2013 |

    Plaintiff Elginio Michael di Paolo, by counsel, and Defendant Trans Union, LLC ("Trans

Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

STIPULATION AND ORDER OF DISMISSAL - 1
(3:12-cv-05420-RJB)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
(317) 363-2400 TEL
(317) 363-2257 FAX

1    compromised and settled, and that Plaintiff's cause against Trans Union only should be

2    dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

3

4                                          Respectfully submitted,

5    Date: January 15, 2013            s/ Christopher E. Green (with consent)
                                       Christopher E. Green, Esq.
6                                      Law Office Of Christopher E. Green
                                       Two Union Square, Suite 4285
7                                      601 Union Street
                                       Seattle, WA 98101
8                                      Telephone:  (206) 686-4558
                                       Fax:  (206) 686-2558
9                                      E-Mail:  chris@myfaircredit.com

10                                     Counsel for Plaintiff Elginio Michael di Paolo

11

12   Date: January 17, 2013            s/ Debra A. Miller
                                       William R. Brown, Esq.
13                                       (Admitted Pro Hac Vice)
                                       Debra A. Miller, Esq.
14                                       (Admitted Pro Hac Vice)
                                       Schuckit & Associates, P.C.
15                                     4545 Northwestern Drive
                                       Zionsville, IN  46077
16                                     Telephone:  (317) 363-2400
                                       Facsimile:  (317) 363-2257
17                                     E-Mail:  wbrown@schuckitlaw.com
                                                dmiller@schuckitlaw.com
18

19                                     Lead Counsel for Defendant Trans Union, LLC
20
                                       George W. Akers, P.S., WSBA #00498
21                                     Montgomery Purdue Blankinship & Austin
                                       PLLC
22                                     5500 Columbia Center
                                       701 Fifth Avenue
23                                     Seattle, WA  98104-7096
                                       Telephone:  206-682-7090
24                                     Fax:  206-625-9534
                                       E-Mail:  akers@mpba.com
25

26                                     Local Counsel for Trans Union, LLC

**STIPULATION AND ORDER OF DISMISSAL - 2**          **SCHUCKIT & ASSOCIATES, P.C.**
**(3:12-cv-05420-RJB)**                                   4545 NORTHWESTERN DRIVE
                                                          ZIONSVILLE, IN  46077
                                                          (317) 363-2400 TEL
                                                          (317) 363-2257 FAX

1

IT IS SO ORDERED.

2

3        Dated this 17th day of January, 2013.

4

5

6        ROBERT J. BRYAN
         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL - 3**
**(3:12-cv-05420-RJB)**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
(317) 363-2400 TEL
(317) 363-2257 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of January, 2013**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Christopher E. Green, Esq. chris@myfaircredit.com | Laurin Shirley Schweet, Esq. laurins@schweetlaw.com |
|---|---|
| Gloria S. Hong, Esq. gshong@stoel.com | Angela M. Taylor, Esq. angelataylor@jonesday.com |
| Bradley A. Maxa, Esq. bmaxa@gth-law.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of January, 2013**, properly addressed as follows:

| None. | |
|---|---|

*s/ Debra A. Miller*
William R. Brown, Esq.
  (admitted *Pro Hac Vice*)
Debra A. Miller, Esq.
  (admitted *Pro Hac Vice*)

*Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL - 4**
**(3:12-cv-05420-RJB)**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2257 FAX